UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LARRY WAITMAN and <br> ROBIN WAITMAN, individually and <br> on behalf of similarly-situated employees, <br><br> Plaintiffs, <br><br> v. <br><br> SMOKY MOUNTAIN CHILDREN'S HOME, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No.: 3:14-CV-234-TAV-HBG <br> ) <br> ) <br> ) <br> ) |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge H. Bruce Guyton on March 27, 2015 [Doc. 24]. In the R&R, Magistrate Judge Guyton recommends that Plaintiffs' Motion for Conditional Certification, Expedited Discovery, and Court Authorized Notice [Doc. 17] be granted in part and denied in part. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 24] and

**GRANTS IN PART and DENIES IN PART** Plaintiffs' Motion for Conditional Certification, Expedited Discovery, and Court Authorized Notice [Doc. 17].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE