UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LARRY WAITMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.: 3:14-CV-234-TAV-HBG |
| | ) |
| SMOKY MOUNTAIN CHILDREN'S HOME, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate H. Bruce Guyton, on June 27, 2016 (the "R&R") [Doc. 71]. In the R&R, Magistrate Judge Guyton recommends that Defendant's Motion for Sanction of Dismissal of Plaintiffs Lakeisha Childers, Ronald Childers and Jeffrey Millsaps [Doc. 54] be granted in part and denied in part. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 71]. The Court hereby **GRANTS in part and DENIES in part** Defendant's Motion for Sanction of Dismissal of Plaintiffs Lakeisha Childers, Ronald Childers and Jeffrey Millsaps [Doc. 54]. The claims by plaintiffs Lakeisha Childers and Ronald Childers are **DISMISSED with prejudice**. The parties have stipulated to the dismissal of plaintiff Jeffrey

Millsaps's claims [Doc. 70], and the Court has already denied defendant's request for reasonable expenses [Doc. 65].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE